FILED

08/17/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0393



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 22-0393

ANNELIES AIKING-TAYLOR,

       Plaintiff and Appellant,

    v.                           ORDER OF MEDIATOR APPOINTMENT

OLIVER SERANG,

       Defendants and Appellee.

     This appeal being subject to M.R.App.P. 7, and the parties having failed to jointly and timely select a mediator under M.R.App.P., 7(4),(c),

     On August 16, 2022, Robert Erickson was appointed as Mediator. He has since informed this office that he must decline the appointment.

     ACCORDINGLY, the appointment of Mr. Erickson is rescinded, and: IT IS ORDERED THAT **Jo Antonioli,** whose name appears next on the list of attorneys desiring appointment as mediators for Money Judgments appeals which is maintained pursuant to M.R.App.P., 7(4)(e), is hereby appointed to conduct the mediation process required by M.R.App.P., 7(5), and

     IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of appointment.

     A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

     DATED this August 17, 2022.

                                      Bowen Greenwood, Clerk of the Supreme Court

c:    Annelies Aiking-Taylor, Louis C. Villemez, Jo Antonioli